UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ANTONIO RAMOS VILLANUEVA,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>                              Respondents. | Case No.: 3:25-cv-03679-CAB-SBC<br><br>**ORDER CLOSING CASE** |

This Court previously ordered Respondents to provide Petitioner a bond hearing "at which Respondents must justify his continued detention by a showing of clear and convincing evidence that Petitioner would likely flee or pose a danger to the community if released." [Doc. No. 8 at 4.] Petitioner received a bond hearing on February 2, 2026; the Immigration Judge denied bond. [Doc. No. 9 at 2.] In the parties' joint status update, Petitioner says that the hearing did not comply with the Court's order and the Petitioner was therefore "considering filing a motion under Rule 59(e) (to alter or amend a judgment) or Rule 60(b) (for relief from a judgment or order), including asking the Court to reconsider its order denying Petitioner's request to be immediately released from custody." [*Id.* at 2–3.]

1 | No such motion has been filed. Moreover, the Ninth Circuit has explained that pursuing habeas review of an immigration judge's adverse bond determination before appealing to the BIA is "improper" and Petitioner should "exhaust[] administrative remedies by appealing to the BIA before asking the federal district court to review the IJ's decision." *Leonardo v. Crawford*, 646 F.3d 1157, 1160 (9th Cir. 2011). <u>The Court therefore **ORDERS** the Clerk of the Court to close the case.</u>

It is **SO ORDERED**.

Dated: March 5, 2026

Hon. Cathy Ann Bencivengo
United States District Judge