UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

LUIS ANTONIO RAMOS VILLANUEVA,
Petitioner,
v.
CHRISTOPHER J. LAROSE, et al.,
Respondents.

Case No.: 25-cv-3679-CAB-SBC

**ORDER DENYING MOTION TO SEAL**

[Doc. No. 18]

Petitioner Luis Antonio Ramos Villanueva has moved to seal or redact portions of this habeas case that "contain[] information identifying Petitioner's name, current place of detention and other identifying information." [Doc. No. 18.] Petitioner generally argues that disclosure of this information "creates a substantial risk to Petitioner's personal safety and to the members of his family." [*Id.* at 1–2.] For the following reasons, the Court **DENIES** the motion to seal.

There is a general principle in favor of public access to federal court records. *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). "[T]he proponent of sealing bears the burden with respect to sealing. A failure to meet that burden means that the default

posture of public access prevails." *Kamakana v. City & City of Honolulu*, 447 F.3d 1172, 1182 (9th Cir. 2006). Where a party seeks to bar the public from accessing a litigation document in connection with a dispositive motion, this presumed right can be overcome if closure serves a compelling interest supported by specific factual findings. *Id.* at 1178–79.

The Court has considered the reasons advanced by Petitioner and concludes those reasons do not compellingly outweigh the strong presumption in favor of access to public records. Petitioner has not presented specific facts supporting a general allegation of risk to his or his family's safety. Moreover, this case was filed on December 19, 2025 and closed on March 5, 2026. The amount of time that this information has been public, together with evidence that Petitioner filed at least one other habeas petition pro se with sealed documents, *see Ramos Villanueva v. LaRose*, No. 26-cv-2797-CAB-VET, are relevant considerations that weigh against sealing the material in this case based on the arguments Petitioner has presented to this Court.

It is **SO ORDERED**.

Dated: August 3, 2026

Hon. Cathy Ann Bencivengo
United States District Judge